IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                      NO. 4:04CR00117-03 GH

WILLIE DONSON

### **ORDER**

Defendant appeared with counsel on March 24, 2006 to show cause why his supervised release should not be revoked. After argument of counsel and statement of defendant, the court continues the revocation hearing until May 24, 2006 at 1:00 p.m.

All conditions of defendant's supervised release remain in effect.

IT IS SO ORDERED this 27th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE