IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                    NO. 4:04CR00117-03 GH

WILLIE DONSON

### **ORDER**

Pending before this court is the petition of the government for issuance of a warrant for the arrest of the defendant, Willie Donson. For good cause shown, the request is granted.

The Clerk is directed to issue an arrest warrant for the defendant and deliver it to the U. S. Marshal for service. The revocation hearing currently scheduled for May 24, 2006 at 1:00 p.m. is cancelled. Once the defendant has been taken into custody, a revocation hearing will be scheduled.

IT IS SO ORDERED this 24th day of May, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE