**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                      NO. 4:04CR00117-003 SWW

WILLIE DONSON

**ORDER**

The above entitled cause came on for hearing on petitions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of admissions by defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions[1] are granted, and the supervised release previously granted this defendant in the above matter hereby is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TEN (10) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant not be incarcerated in a facility located in Texas because of Asian gangs there.  In addition, the Court recommends that defendant participate in a substance abuse drug treatment program during incarceration.

There will be no supervised release following defendant's term of imprisonment.

The balance of the restitution previously imposed in the amount of $12,925.38 is mandatory and remains due and payable in this matter.

---

[1] Docs. #197 and #208.

During his incarceration, defendant shall pay 50 percent per month of all funds that are available to him on the restitution owed.  The interest requirement is waived.

All other terms and conditions of supervised release previously imposed shall remain in full force and effect.

Defendant is remanded to the custody of the United States Marshal to immediately begin service of the sentence imposed.

IT IS SO ORDERED this 24th day of May, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE